Upon the agreed facts and in accordance with the principles of the cited authority, we hold that the personal exemptions granted to plaintiffs, by virtue of said paragraph 1798(c), as amended, should be applied against the value of said automobile to the extent that said exemptions are otherwise uncharged.

Judgment will be entered accordingly.

**No. 66401.**—Amity Fabrics, Inc., et al. *v.* United States, protests 60/8068, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.

**No. 66402.**—Amity Fabrics, Inc. *v.* United States, protests 61/2786 and 61/15240 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 66403.**—S. Handal & Sons, Inc., by Frank P. Dow Co., Inc., of L.A. *v.* United States, protest 60/31032 (Los Angeles).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise consists of cotton sheets, the claim of the plaintiff was sustained.

**No. 66404.**—Wall Trends, Inc. *v.* United States, protests 60/5297 and 60/27612 (New York).